STATE OF NEW JERSEY v. RONALD TANNER.

May 3, 1977. Petition for certification denied.

LAKE RIVIERA, INC. v.
MAYOR & TWP. COUNCIL OF THE TWP. OF BRICK.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS AGNES.

May 3, 1977. Petition for certification denied.

WILLIAM S. MCMANUS v. CHARLES F. WHARTON.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD DONALDSON.

May 3, 1977. Petition for certification denied.

ALLIED TEXTILE PRINTERS CORP. v.
DIRECTOR, DIVISION OF TAXATION.

May 3, 1977. Petition for certification denied. (See 145
N. J. Super. 456)